**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 23-53395 | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|
| Case Name: | MARTIN, ZACHARY DANIEL AND MARTIN, COURTNEY ELIZABETH | Date Filed (f) or Converted (c): | 09/30/2023 (f) |
| For the Period Ending: | 11/17/2023 | §341(a) Meeting Date: | 10/31/2023 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1750 State Route 339 Belpre OH, Washington 45714-0000 | $178,800.00 | $0.00 | | $0.00 | FA |
| 2 | 2016 Dodge Grand Caravan Passenger Mileage: 97,000 Other Information: Encumbered Retain | $9,915.00 | $0.00 | | $0.00 | FA |
| 3 | Household furnishings | $2,500.00 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous electronics | $1,600.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. Jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Checking Chase Bank | $2,407.00 | $0.00 | | $0.00 | FA |
| 8 | Online Transfer Account Venmo | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Online Transfer Account Cash App | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Online Transfer Account Cash App | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Online Transfer Account Venmo | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Health Savings Account Flores WealthCare Saver Prime | $64.00 | $0.00 | | $0.00 | FA |
| 13 | Account PayPal | $10.00 | $0.00 | | $0.00 | FA |
| 14 | Account PayPal | $0.00 | $0.00 | | $0.00 | FA |
| 15 | 401k American Equipment | $18,899.18 | $0.00 | | $0.00 | FA |
| 16 | 2023 Tax Refund (u) | Unknown | $0.00 | | $0.00 | $0.00 |

**Asset Notes:** Calculate bank balance in determining exemptions

**TOTALS (Excluding unknown value)**     $215,695.18     $0.00     $0.00     **Gross Value of Remaining Assets** $0.00

Initial Projected Date Of Final Report (TFR): 07/31/2024     Current Projected Date Of Final Report (TFR):

/s/ BRENT A. STUBBINS
BRENT A. STUBBINS